UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YU HIN CHAN,

      Plaintiff,

                                   Case No. 1:25-cv-1136

v.

                                   HONORABLE PAUL L. MALONEY

KAREN MAY BACDAYAN, et al.,

      Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff initiated this lawsuit by filing a complaint on September 22, 2025.  On September 29, 2025, the Magistrate Judge issued a Report and Recommendation, recommending that the action be dismissed upon initial screening pursuant to 28 U.S.C. § 1915(e)(2)(B).  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF. No. 6) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Complaint is DISMISSED for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.


Dated:   October 21, 2025                             /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge