UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YU HIN CHAN,

    Plaintiff,

Case No. 1:25-cv-1136

v.

HONORABLE PAUL L. MALONEY

KAREN MAY BACDAYAN, et al.,

    Defendants.

_____/

**JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that that Judgment is entered.

Dated:  October 21, 2025                            /s/ Paul L. Maloney
                                                                             Paul L. Maloney
                                                                             United States District Judge